DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SALEEM O. SIMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1429

————————————————

March 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Saleem Simpson, pro se.

PER CURIAM.

Affirmed.

BLACK, ATKINSON, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.